**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Keith Snyder

        Plaintiff,

v.                                                           Case No.: 1:14−cv−08461

                                                              Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 12, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for class certification is withdrawn without prejudice pursuant to the terms and conditions set forth in the parties' stipulation [dkt. no. 19]. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.