## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Keith Snyder, et al.

                         Plaintiff,

v.                                            Case No.: 1:14–cv–08461
                                           Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 6/14/2016. Motion to compel [74] is entered and continued until after the taking of Rule 30(b)(6) depositions. The 6/22/2016 status hearing is vacated and reset for 8/8/2016 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.