UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Keith Snyder and Susan Mansanarez, individually and on behalf of all others similarly situated, <br><br> Ocwen Loan Servicing, LLC, | Case No. 1:14-cv-08461 <br><br> Honorable Matthew F. Kennelly <br><br> Consolidated |
| Tracee A. Beecroft, on behalf of herself and all others similarly situated, <br><br> Ocwen Loan Servicing, LLC, | Case No. 1:14-cv-08461 <br><br> Honorable Matthew F. Kennelly <br><br> Consolidated |

**Declaration of Marc Allen Trees**

I, Marc Allen Trees, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.  I am Director of Dialer and Workforce Management at Defendant Ocwen Loan Servicing, LLC ("Ocwen"). I have held that position since January, 2015. My responsibilities as Director of Dialer and Workforce Management include managing the department at Ocwen that is responsible for handling inbound and outbound call-delivery to borrowers regarding their accounts.

2.      I make this declaration to provide the Court with information concerning certain of Ocwen's record-keeping systems.

3.      As a mortgage loan servicer, one of Ocwen's jobs is to communicate with borrowers about their loans. Ocwen communicates with borrowers, and borrowers communicate with Ocwen, by mail, email and telephone. Ocwen maintains records regarding these communications, such as correspondence and call logs.

4.      In addition to records of communications with borrowers, Ocwen also maintains copies of documents relating to borrowers' loans, including such things as loan applications, origination disclosures, modification requests and applications, short-sale requests, and so on.

5.      Ocwen keeps records of communications with borrowers and copies of individual borrower loan documents in a number of systems, but the three systems that are most likely to contain records relating to borrowers' consent to being called on their cellphone are the following:

-- Ocwen keeps imaged copies of loan documents and written communications with borrowers in digital-imaged files. These files are stored in a system known as the "Vault" (formerly called the Customizable Imaging System or CIS).

-- The great majority of telephone conversations between borrowers and Ocwen representatives are recorded. These recordings are stored electronically in a Verint call recording system maintained by one of Ocwen's vendors, Altisource Portfolio Solutions, Inc.

-- Ocwen utilizes a mortgage servicing platform known as "REALServicing" to perform its work as a mortgage loan servicer. The REALServicing system maintains information about the loans Ocwen services, and includes a notes field

- 3 -

in which Ocwen representatives can describe communications with a borrower. (REALServicing also has a consent field which is what operationally determines whether a borrower can be autodialed on her cell phone. This field is filled in on the basis of borrowers' communications with Ocwen representatives since the field was added to REALServicing. It does not reflect whether a borrower has provided consent through other means, e.g., correspondence or loan applications.)

6. The content within the CIS image files and the audio recordings of calls with borrowers are not computer-searchable: Ocwen cannot enter a keyword, phrase or a particular subject matter into these systems and have these systems identify pages within borrowers' files or call recordings that are relevant to some issue – such as whether a borrower gave consent to being called on her cellphone. Rather, to review these files, a human being has to read them (in the case of the CIS files) or listen to them (the audio recordings). For some borrowers there are many documents to read and calls to listen to, thus the total time to review one loan can be long.

7. The comments field in REALServicing can be computer-searched on a loan-by-loan basis, so it is possible to devise search terms that might identify evidence that a borrower consented to being called, if that evidence was reflected in the borrower's comments field. The results of the searches would require human review to interpret them and determine the status of consent in the results.

8. The following table describes the size of the CIS files and length of audio recordings for the named Plaintiffs and Plaintiffs' two declarants:

| Borrower Name | Size of CIS file | Number and Total Length of Call Recordings (hh:mm:ss) |
|---|---|---|
| Steve Bartolone | 493 documents; 2,571 pages | 45 recordings; 4:02:25 |
| Tracee Beecroft | 261 documents; 3,739 pages | 56 recordings; 16:36:21 |
| Jonathan Cody | 974 documents; 12,156 pages | 35 recordings; 3:01:33 |
| Susan Mansanarez | 326 documents; 4,228 pages | 79 recordings; 5:35:16 |
| Keith Snyder | 24 documents; 96 pages | 7 recordings; 00:39:48 |

9. I collected the log of calls placed through Ocwen's Aspect dialer on November 1, 2016. I identified the first twenty collection calls made through the Aspect system on that day, and asked employees working at my direction to identify the loan number associated with the number dialed for each of those calls. I then directed employees that work with the Vault system to provide me with complete imaged copies of the CIS files associated with each of the loan numbers identified through this process. I have not been able to retrieve and review recordings of the calls for these loans in the time available to respond to Plaintiffs' motion:

| Loan Number (last four digits) | Size of CIS file |
|---|---|
| '2362 | 435 documents; 991 pages |
| '2561 | 537 documents; 1,744 pages |
| '4281 | 660 documents; 1,951 pages |
| '6836 | 681 documents; 2,168 pages |
| '8123 | 400 documents; 2,413 pages |
| '7324 | 341 documents; 780 pages |
| '6331 | 670 documents; 1,573 pages |
| '2284 | 175 documents; 501 pages |
| '8607 | 181 documents; 515 pages |
| '0386 | 591 documents; 1,558 pages |

| Loan Number (last four digits) | Size of CIS file |
|---|---|
| '6680 | 393 documents; 913 pages |
| '7659 | 482 documents; 1,592 pages |
| '9902 | 607 documents; 5,071 pages |
| '2406 | 831 documents; 3,441 pages |
| '9706 | 431 documents; 4,071 pages |
| '6376 | 831 documents; 3,270 pages |
| '9369 | 130 documents; 712 pages |
| '9016 | 145 documents; 236 pages |
| '5183 | 115 documents; 200 pages |
| '4402 | 554 documents; 1,156 pages |
| Average | 459 documents; 1,742 pages |

10. Reviewing the recordings of borrowers' calls with Ocwen representatives will take as long as the calls themselves, which can be lengthy. It will also take significant time to review relevant comments in REALServicing. Based on the review of CIS files and recordings for the named Plaintiffs and the two declarants, and size of the CIS files for the twenty borrowers described above, I believe that the average time to review a borrower's files -- CIS file, audio recordings, and REALServicing – for evidence of consent will be at least three hours. This is a very conservative estimate; it might be that the average is considerably higher than three hours.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2016.

_____
Marc A. Trees

## CERTIFICATE OF SERVICE

      I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on November 14, 2016.

                                                    /s/ Simon Fleischmann