# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Keith Snyder, et al.

                                       Plaintiff,

v.                                                                 Case No.: 1:14–cv–08461
                                                                                     Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2017:

       MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 6/28/2017. Motion to stay [211] is denied for reasons stated in open court. Motion for extension of time to answer [221] is granted. Parties are to confer regarding the scope of discovery initially. Joint status report is due 7/10/2017. The telephone status hearing set for 7/12/2017 at 8:30 a.m. remains. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.