**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEITH SNYDER, SUSAN MANSANAREZ, and TRACEE A. BEECROFT, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>U.S. BANK N.A., WILMINGTON TRUST, N.A., and DEUTSCHE BANK NATIONAL TRUST COMPANY, individually and in their Capacities as Trustees,<br><br>           Defendants. | Case No. 1:16-cv-11675<br>(reassigned as related to *Snyder v. Ocwen Loan Servicing LLC*, No. 1:14-cv-08461)<br><br>Hon. Matthew F. Kennelly |

**JOINT STATUS REPORT**

On May 24, 2017, Defendants U.S. Bank National Association, Deutsche Bank National Trust Company, and Wilmington Trust, N.A. filed a Motion to Stay that the Court denied on June 28, 2017. On the same date, the Court directed the parties to confer regarding the initial scope of discovery, present this Joint Status Report, and appear for a telephonic status hearing on July 12, 2017 at 8:30 a.m.

Since the Court's Order, the parties have conferred regarding the initial scope of discovery, and discussed the following:

- Defendants tentatively agreed to respond to all outstanding discovery by noon on July 11, 2017. Today, counsel for Defendants U.S. Bank National Association and Deutsche Bank National Trust Company informed counsel for Plaintiffs that this date would need to be revised, but have not provided a new date.

- Plaintiffs requested that Defendants search for an initial set of search terms across all e-mails since 2010, and produce a hit list as soon as practicable. Plaintiffs have suggested that the hit list, and production thereafter, be completed by July 17, 2017.

- Plaintiffs have requested that Defendants also search electronic and paper file locations that may have relevant materials, such as servicing reports from Ocwen. Plaintiffs requested that this production be completed by July 17, 2017. The parties continue to discuss these requests.

Plaintiffs also invited Defendants to participate in a pre-existing JAMS mediation between Plaintiffs and Ocwen scheduled for July 20, 2017. Defendants declined to participate in that mediation.

Plaintiffs also report that there is insurance coverage litigation pending as to the underlying *Snyder v. Ocwen* case, *Zurich American Ins. v. Ocwen Loan Servicing, LLC*, 1:17-cv-2873 (N.D. Ill.) (Kocoras, J.), and *Ocwen Financial Corporation v. Zurich American Ins. Co.*, 9:17-cv-80503 (S.D. Fla.); a fact that may have been inadvertently omitted during the discussions in prior status conferences.

Dated: July 10, 2017            Respectfully submitted,

*/s/ Alexander H. Burke*            */s/ Kenneth M. Kliebard*

Alexander H. Burke            Kenneth M. Kliebard
Daniel J. Marovitch            William J. Kraus
BURKE LAW OFFICES, LLC            MORGAN, LEWIS & BOCKIUS LLP
155 N. Michigan Ave., Suite 9020            77 West Wacker Dr., Suite 500
Chicago, IL 60601            Chicago, IL 60601-5094
Telephone: 312.729.5288            Telephone: 312.324.1000
aburke@burkelawllc.com            kenneth.kliebard@morganlewis.com
dmarovitch@burkelawllc.com            william.kraus@morganlewis.com

Mark Ankcorn            *Counsel for Defendants U.S. Bank N.A. and*
Ann Marie Hansen            *Deutsche Bank National Trust Company*
ANKCORN LAW FIRM PLLC
200 W. Madison St., Suite 2143            */s/ Frank A. Hirsch*
Chicago, IL 60606            Frank A. Hirsch (admitted *pro hac vice*)
Telephone: 312.422.2333            Kelsey L. Kingsbery
mark@ankcornlaw.com            ALSTON & BIRD LLP
annmarie@ankcornlaw.com            4721 Emperor Blvd., Suite 400
           Durham, NC 27703
Guillermo Cabrera            Telephone: 919.862.2200
Jared Quient (admitted *pro hac vice*)            frank.hirsch@alston.com
THE CABRERA FIRM, APC            kelsey.kingsbery@alston.com
600 W. Broadway, Suite 700
San Diego, CA 92101            Katrina Christakis
Telephone: 619.500.4880            PILGRIM CHRISTAKIS LLP
gil@cabrerafirm.com            321 North Clark St.
jared@cabrerafirm.com            Chicago, IL 60654
           Telephone: 312.939.0920
Beth E. Terrell (admitted *pro hac vice*)            kchristakis@pilgrimchristakis.com
Adrienne D. McEntee (admitted *pro hac vice*)
TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300            *Counsel for Defendant Wilmington Trust, N.A.*
Seattle, WA 98103
Telephone: 206.816-6603
bterrell@terrellmarshall.com
amcentee@terrellmarshall.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on July 10, 2017, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      /s/Alexander H. Burke