**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEITH SNYDER and SUSAN MANSANAREZ, individually and on behalf of all others similarly situated, | CONSOLIDATED NO. 1:14-cv-08461 |
| Plaintiffs, | |
| v. | |
| OCWEN LOAN SERVICING, LLC, | Hon. Judge Matthew F. Kennelly |
| Defendant. | |
| TRACEE A. BEECROFT, | |
| Plaintiff, | Case No. 1:16−cv−08677 |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

**EXHIBIT G TO SETTLEMENT AGREEMENT AND RELEASE
SUBMITTED AS EXHIBIT 1 TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. NO. 252)**

**(Filed Provisionally Under Seal Pursuant to L.R. 26.2(c))**

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 18, 2017, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                       */s/ Alexander H. Burke*

Alexander H. Burke, #6281095
Email: aburke@burkelawllc.com
Daniel J. Marovitch, #6303897
Email: dmarovitch@burkelawllc.com
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Mark Ankcorn, N.D. Illinois #1159690
Email: mark@ankcorn.com
Ann Marie Hansen, N.D. Illinois 10144
Email: annmarie@ankcorn.com
ANKCORN LAW FIRM, PLLC
200 West Madison Street, Suite 2143
Chicago, Illinois 60606
Telephone: (321) 422-2333

- 3 -

Guillermo Cabrera
Email: gil@cabrerafirm.com
Jared Quient, *Admitted Pro Hac Vice*
Email: jared@cabrerafirm.com
THE CABRERA FIRM, APC
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 500-4880
Facsimile: (619) 785-3380

Mark L. Heaney
Email: mark@heaneylaw.com
HEANEY LAW FIRM, LLC
601 Carlson Parkway, Suite 1050
Minnetonka, Minnesota 55305
Telephone: (952) 933-9655

*Attorneys for Plaintiffs*