## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Keith Snyder, et al.
                              Plaintiff,

v.                                                Case No.: 1:14–cv–08461
                                                         Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Based on its review of the motion for preliminary settlement approval and accompanying materials, the Court has a question: does the list of 1,685,757 unique cell phone numbers provided as Exhibit B, which is essentially a list of the members of the proposed settlement class, represent all of the numbers (approximated at 100 million at page 3 of the motion) to which plaintiffs allege that improper calls were made? If the answer is no: (a) why not? and (b) further explanation for the request for preliminary approval is required. Plaintiffs are directed to file by 12:00 noon on 9/27/2017 a supplement to their motion, not to exceed 3 pages, addressing these points. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.