IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER and SUSAN MANSANAREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant.<br><br>TRACEE A. BEECROFT,<br><br>    Plaintiff,<br> v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | CONSOLIDATED NO. 1:14-cv-08461<br><br>Class Action<br><br>Jury Trial Demand<br><br>Honorable Matthew F. Kennelly<br><br><br>Case No.: 1:16−cv−08677 |

**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs submit this brief in response to the Court's September 26 order directing that the parties explain whether the Settlement Class List of 1,685,757 unique cell numbers represents all of the numbers to which Plaintiffs allege that improper calls were made, and if not, why not. Dkt. No. 261.

The answer is no; the Settlement Class List does not include every unique cell number to which Plaintiffs allege Ocwen made improper calls. The Settlement Class List includes every automated Aspect call that Plaintiffs knew about on May 16, 2017, when they filed their motion for class certification. Dkt. No. 216. However, it turns out that not all Aspect calls had been

- 1 -

disclosed at that time. Plaintiffs now understand that Ocwen's productions of Aspect call data did not include calls dialed manually on its Aspect system. In the absence of confidence that all Aspect calls were included in Ocwen's productions, Plaintiffs believed it prudent to negotiate for an *exact number* of unique cell numbers that were called through Aspect.

Accordingly, the proposed settlement class, as well as the Class-wide release, would only encompass the 1,685,757 unique cell phone numbers provided on the Settlement Class List attached as Exhibit G.

RESPECTFULLY SUBMITTED AND DATED this 27th day of September, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Mark Ankcorn, #1159690
Email: mark@ankcornlaw.com
ANKCORN LAW FIRM PLLC
200 West Madison Street, Suite 2143
Chicago, Illinois 60606
Telephone: (321) 422-2333
Facsimile: (619) 684-3541

Guillermo Cabrera
Email: gil@cabrerafirm.com
Jared Quient, *Admitted Pro Hac Vice*
Email: jared@cabrerafirm.com
THE CABRERA FIRM, APC
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 500-4880
Facsimile: (619) 785-3380

Alexander H. Burke, #6281095
Email: aburke@burkelawllc.com
Daniel J. Marovitch, #6303897
Email: dmarovitch@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Mark L. Heaney
Email: mark@heaneylaw.com
HEANEY LAW FIRM, LLC
601 Carlson Parkway, Suite 1050
Minnetonka, Minnesota 55305
Telephone: (952) 933-9655

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Chethan G. Shetty
> Email: cshetty@lockelord.com
> Simon A. Fleischmann
> Email: sfleischmann@lockelord.com
> Thomas J. Cunningham
> Email: tcunningham@lockelord.com
> David F. Standa
> Email: dstanda@lockelord.com
> LOCKE LORD LLP
> 111 South Wacker Drive
> Chicago, Illinois 60606
> Telephone: (312) 443-0700
> Facsimile: (312) 443-0336
>
> Brian V. Otero, *Admitted Pro Hac Vice*
> Email: botero@hunton.com
> Stephen R. Blacklocks, *Admitted Pro Hac Vice*
> Email: sblacklocks@hunton.com
> Ryan A. Becker, *Admitted Pro Hac Vice*
> Email: rbecker@hunton.com
> HUNTON & WILLIAMS LLP
> 200 Park Avenue, Suite 52
> New York, New York 10166
> Telephone: (212) 309-1000
> Facsimile: (212) 309-1100
>
> *Attorneys for Defendant*

- 5 -

DATED this 27th day of September, 2017.

                              TERRELL MARSHALL LAW GROUP PLLC

                              By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
                                  Beth E. Terrell, *Admitted Pro Hac Vice*
                                  Email: bterrell@terrellmarshall.com
                                  936 North 34th Street, Suite 300
                                  Seattle, Washington 98103-8869
                                  Telephone: (206) 816-6603
                                  Facsimile: (206) 319-5450

                              *Attorneys for Plaintiffs*