UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Keith Snyder, et al.

                              Plaintiff,

v.                                                    Case No.: 1:14–cv–08461
                                                          Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, October 5, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 10/5/2017. Motion for preliminary approval of class action settlement [252] is granted. Draft order to be submitted to Judge Kennelly's proposed order email address. Final approval hearing is set for 4/5/2017 at 9:30 a.m. Mailed notice. (pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.