IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER and SUSAN MANSANAREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant.<br><br>TRACEE A. BEECROFT,<br><br>    Plaintiff,<br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | CONSOLIDATED NO. 1:14-cv-08461<br><br>Class Action<br><br>Jury Trial Demand<br><br>Honorable Matthew F. Kennelly<br><br><br>Case No.: 1:16−cv−08677 |

## **MOTION FOR STATUS CONFERENCE**

Terrell Marshall Law Group PLLC and Burke Law Offices, LLC respectfully request that the Court hold a status conference in this case on January 4, 2018 at 9:30 a.m.

RESPECTFULLY SUBMITTED AND DATED this 29th day of December, 2017.

        TERRELL MARSHALL LAW GROUP PLLC

        By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
         Beth E. Terrell, *Admitted Pro Hac Vice*
         Email: bterrell@terrellmarshall.com
         Adrienne D. McEntee, *Admitted Pro Hac Vice*
         Email: amcentee@terrellmarshall.com
         936 North 34th Street, Suite 300
         Telephone: (206) 816-6603
         Facsimile: (206) 319-5450

- 2 -

        Alexander H. Burke, #6281095
        Email: aburke@burkelawllc.com
        Daniel J. Marovitch, #6303897
        Email: dmarovitch@burkelawllc.com
        BURKE LAW OFFICES, LLC
        155 North Michigan Avenue, Suite 9020
        Chicago, Illinois 60601
        Telephone: (312) 729-5288
        Facsimile: (312) 729-5289

*Attorneys for Plaintiffs*

Case: 1:14-cv-08461 Document #: 284 Filed: 12/29/17 Page 2 of 5 PageID #:5867

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on December 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mark Ankcorn, #1159690
    Email: mark@ankcornlaw.com
    ANKCORN LAW FIRM PLLC
    200 West Madison Street, Suite 2143
    Chicago, Illinois 60606
    Telephone: (321) 422-2333
    Facsimile: (619) 684-3541

    Guillermo Cabrera
    Email: gil@cabrerafirm.com
    Jared Quient, *Admitted Pro Hac Vice*
    Email: jared@cabrerafirm.com
    THE CABRERA FIRM, APC
    600 West Broadway, Suite 700
    San Diego, California 92101
    Telephone: (619) 500-4880
    Facsimile: (619) 785-3380

    Mark L. Heaney
    Email: mark@heaneylaw.com
    HEANEY LAW FIRM, LLC
    601 Carlson Parkway, Suite 1050
    Minnetonka, Minnesota 55305
    Telephone: (952) 933-9655

    Ann Marie Hansen
    Email: annmarie@ankcornlaw.com
    80 Halston Parkway
    East Amherst, New York 14051
    Telephone: (702) 755-5678

    *Attorneys for Plaintiffs*

Chethan G. Shetty
Email:  cshetty@lockelord.com
Simon A. Fleischmann
Email:  sfleischmann@lockelord.com
Thomas J. Cunningham
Email:  tcunningham@lockelord.com
David F. Standa
Email:  dstanda@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

Brian V. Otero, *Admitted Pro Hac Vice*
Email:  botero@hunton.com
Stephen R. Blacklocks, *Admitted Pro Hac Vice*
Email:  sblacklocks@hunton.com
Ryan A. Becker, *Admitted Pro Hac Vice*
Email:  rbecker@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue, Suite 52
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Attorneys for Defendant*

Frank A. Hirsch, Jr., *Admitted Pro Hac Vice*
Email:  frank.hirsch@alston.com
Kelsey L. Kingsbery
Email:  Kelsey.kingsbery@alston.com
ALSTON & BIRD LLP
4721 Emperor Boulevard, Suite 400
Durham, North Carolina 27703
Telephone: (919) 862-2200

Kenneth M. Kliebard
Email: Kenneth.kliebard@morganlewis.com
William J. Kraus
Email: William.kraus@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 324-1000

*Attorneys for Movants Wilmington Trust, N.A., Deutsche Bank National Trust Company and U.S. Bank, N.A.*

E. Lynette Stone
Email: els@thestonelawoffice.com
THE STONE LAW OFFICE
2101 Cedar Springs Road, #1050
Dallas, Texas 75201
Telephone: (972) 383-9499

*Attorney for Intervenor-Plaintiff Zachariah C. Manning*

DATED this 29th day of December, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*