UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Keith Snyder, et al.
        Plaintiff,

v.              Case No.: 1:14–cv–08461
             Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 2, 2018:

  MINUTE entry before the Honorable Matthew F. Kennelly: Motion for status hearing [284] is granted; the case is set for a status hearing on 1/4/2018 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.