Keith Snyder, et al.
                         Plaintiff,

v.                                                   Case No.: 1:14–cv–08461
                                                    Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 2, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court directs plaintiffs' counsel Mark Ankcorn to file, by no later than 12:00 PM Chicago time on 1/3/2018, a supplemental affidavit stating: (a) whether he or anyone acting on his behalf provided to Hyde and Swigart or the Kazerouni Law Group any of the call data at issue in defendant's motion for a hearing; (b) exactly when any such data was provided; and (c) exactly what was provided on each such occasion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.