IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Synder**, *et al.* | Case No. 1:14-cv-8461 |
| v. | Hon. Matthew F. Kennelly |
| **Ocwen Loan Servicing, LLC** | |

**Notice of Motion**

To:   ECF Service List

Please take notice that on Thursday, April 5, 2018, at 9:30 a.m., we shall appear before the Hon. Matthew F. Kennelly at the United States District Court, Courtroom 2103, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion for Attorneys' Fees, Costs, and Service Awards**, a copy of which has been filed today with the ECF system for the Northern District of Illinois.

Respectfully submitted,

Dated:   January 5, 2018

ANKCORN LAW FIRM PLLC

*/s/ Mark Ankcorn*

Attorneys for Plaintiffs

1060 Woodcock Road, Suite 128
Orlando, Florida 32803
(321) 422-2333 phone
*mark@ankcornlaw.com*

**Certificate of Service**

    I hereby certify that on January 5, 2018, I electronically filed the above and foregoing notice and motion through the Court's CM/ECF System, which perfected service on all counsel of record.

                                              */s/ Mark Ankcorn*