IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Snyder**, *et al.* | Case No. 1:14-cv-8461 |
| | (related to *Snyder v. U.S. Bank, N.A.,* |
| v. | *et al.*, No. 16-cv-11675) |
| **Ocwen Loan Servicing, LLC** | Hon. Matthew F. Kennelly |

### Amended Request for Expenses

For the reasons stated on the record during the Final Approval Hearing held April 5, 2018, co-counsel for the Settlement Class Ankcorn Law Firm PLLC reduces its request for expenses from the common fund (dkt. 296, at 1) from $35,600 to $29,600. The expenses sought by all Class Counsel is $96,380 in total between the five law firms. *See* Motion for Fees, Costs, and Service Awards (dkt. 393), at 2.

Respectfully submitted,

Dated:    April 5, 2018

ANKCORN LAW FIRM PLLC

*/s/ Mark Ankcorn*
N.D. Illinois General Bar No. 1159690
California Bar No. 166871
Florida Bar No. 55334
*mark@ankcornlaw.com*

1060 Woodcock Road, Suite 128
Orlando, Florida 32803
(321) 422-2333 phone
(619) 684-3541 fax

Attorneys for Plaintiffs and
Settlement Class

**Certificate of Service**

I hereby certify that on the date listed above, I electronically filed the above and foregoing notice and motion through the Court's CM/ECF System, which perfected service on all counsel of record.

*/s/ Mark Ankcorn*