- Exhibit B -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER AND SUSAN MANSANAREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiffs<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant.<br><br>TRACEE A. BEECROFT,<br>    Plaintiff<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br>    Defendant. | CONSOLIDATED NO. 1:14-cv-08461<br><br><br><br>Hon. Judge Matthew F. Kennelly<br><br><br><br><br>Case No. 1:16-cv-08677 |

**SUPPLEMENTAL DECLARATION OF MICHAEL O'CONNOR.
REGARDING SETTLEMENT ADMINISTRATION FEES**

I, Michael O'Connor, Esq., hereby declare and state as follows:

1. I am a Vice President at Epiq Class Actions & Claims Solutions, Inc. ("Epiq"). I am a licensed attorney in Oregon. Prior to joining Epiq in 2010, I was an owner at the Garvey Schubert Barer law firm in Portland, Oregon, and was engaged in private practice for 13 years. I received my Juris Doctorate from the University of Oregon Law School in 1997 and my Bachelor of Arts degree from Yale University in 1994. I have first-hand knowledge of, and am competent to testify, regarding the matters stated herein.

## SETTLEMENT ADMINISTRATION EXPENSES

2. Settlement Administration Expenses include all fees, costs, and expenses incurred by Epiq as the Settlement Administrator, which shall be paid from the Settlement Fund. Settlement Administration Expenses, as of April 1, 2018, total $1,484,112. Estimated remaining Settlement Administration Expenses to be incurred for activities to be performed through project conclusion are $250,000, resulting in total estimated Settlement Administration Expenses of approximately $1,734,112, which Epiq has agreed to cap at $1,600,000.

3. Class Counsel led a highly competitive bidding process to select an administrator for this project. As part of that process, we significantly discounted our standard pricing and agreed to the total cost cap. At our standard billing rates, total anticipated Settlement Administration Expenses for this entire project would be in excess of $2,000,000.

4. We bill for our services on a time and materials basis, only billing for actual time and materials incurred. At the agreed-to discounted pricing, we expect Epiq will break even on this engagement. By agreeing to a cost cap of $1,600,000 before the claims period was over we assumed the risk of the project resulting in a net financial loss to Epiq if more claims were filed than anticipated.

5. Through April, 1, 2018, we have completed all class notice and claims receipt and processing activities, and have provided class member communication support through the settlement website, the toll-free contact center, and receipt and response to written correspondence from class members.

    a. Class Notice activities and related Settlement Administration Expenses included receipt and standardization of class member data; reverse searches to identify mailing information for class members for whom we were only provided phone

numbers; drafting and formatting the notice and claim forms for mailed and emailed notice; emailing notice; running all physical mailing addresses through the United States Postal Service's National Change of Address Database prior to mailing; printing and postage for mailed notice; tracking and recording undeliverable email notices; tracking and recording undeliverable mailed notices; running the addresses for undeliverable mailed notices through address updating and printing and postage for remailing physical notices to updated addresses; printing and postage of the full notice and claim form packet to class members who requested them; and publication notice using Google ads. These activities have incurred total Settlement Administration Expenses of $903,065.

b. Claims receipt and processing activities and related Settlement Administration Expenses included receipt of both electronic claims through the website and paper claims via mail; postage charges for pre-paid, return postage included on the claim forms mailed to class members; scanning and image storage for paper claims; and claims validation including claims review and quality assurance. These activities have incurred total Settlement Administration Expenses of $470,263.

c. Class member communication support activities and related Settlement Administration Expenses included creation, deployment and user testing of the settlement website; development of the online claims filing module; ongoing website hosting; drafting scripting for the Voice Response Unit ("VRU") of the toll free contact center and for live call center agents; configuration and recording of the VRU; ongoing hosting and maintenance of the VRU; live call center agent time; notice request transcription for class members who called and requested the full

notice and claim packet; and receipt of and response to written class member correspondence. These activities have incurred total Settlement Administration Expenses of $110,784.

6. Remaining Settlement Administration Expenses to be incurred through project conclusion include distribution of awards to valid claimants, ongoing class member communication support through the settlement website, the toll-free contact center, and receipt and response to written correspondence from class members, and case closure activities.

   a. Distribution of awards to valid claimant activities and related Settlement Administration Expenses include performing calculations of attorney fees, class representative awards, settlement expenses and claimant award payments; printing and postage to mail distribution checks to claimants; processing check reissue requests and printing and postage of check reissues; and creation and management of the Qualified Settlement Fund ("QSF") including account management and reconciliation, bank fees, and filing the QSF income tax returns. We estimate these activities will incur total Settlement Administration Expenses of $210,000.

   b. Class member communication support activities and related Settlement Administration Expenses include the activities outlined above through project completion. We estimate these activities will incur total Settlement Administration Expenses of $30,000.

   c. Case closure activities and related Settlement Administration Expenses include disbursement of any remaining funds from uncashed distribution checks per the terms of the settlement agreement; closure of the QSF bank account; shutting down the case website and call center; and transfer of all case related materials to storage

or destruction per the parties' direction. We estimate these activities will incur total Settlement Administration Expenses of $10,000.

7. Settlement Administration Expenses incurred to date and estimated to be incurred through project conclusion are inclusive of all project management time, including management of the settlement administration activities outlined above, weekly reporting throughout the duration of the project, and court reporting.

I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct and that this declaration was executed on April 13, 2018 in New Orleans, Louisiana.

_____
Michael O'Connor, Esq.
Vice President
Epiq Class Action & Claims Solutions, Inc. ("Epiq")