UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Keith Snyder, et al.
                                    Plaintiff,
v.                                                   Case No.: 1:14−cv−08461
                                                     Honorable Matthew F. Kennelly
Ocwen Loan Servicing LLC
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 17, 2018:

    MINUTE entry before the Honorable Matthew F. Kennelly: Final approval hearing and motion hearing held on 4/17/2018. Motion for final approval of class action settlement and motions for attorney's fees are taken under advisement. Photocopies of documents provided by Reuben Metcalfe are to be sent to plaintiff's counsel and are to be filed under seal under Case No. 14 C 8461. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.