## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Keith Snyder, et al.

                        Plaintiff,

v.                                                    Case No.: 1:14–cv–08461
                                                                   Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 9, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 10/9/2018 Status report with all three cases numbers (14 C 8461, 16 C 8677, and 16 C 11675) and covering subjects addressed in open court to be filed by 10/19/2018. Telephone status hearing, to be initiated by the parties, is set for 10/23/2018 at 8:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.