**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEITH SNYDER and SUSAN MANSANAREZ, individually and on behalf of all others similarly situated, | CONSOLIDATED NO. 1:14-cv-08461 |
| Plaintiffs, | Class Action |
| v. | Jury Trial Demand |
| OCWEN LOAN SERVICING, LLC, | Honorable Matthew F. Kennelly |
| Defendant. | |
| TRACEE A. BEECROFT, | Case No.: 1:16-cv-08677 |
| Plaintiff, | |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

**NOTICE OF MOTION**

TO:    THE CLERK OF THE COURT; and

TO:    ALL COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on November 14, 2018, at 9:30 a.m., Plaintiffs will appear before the Honorable Matthew F. Kennelly or any other judge sitting in his stead in Courtroom 2103 of the Everett McKinley Dirsken Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Plaintiffs' Motion for Appointment of Interim Lead Class Counsel, a copy of which is hereby served upon you.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of October, 2018.

        TERRELL MARSHALL LAW GROUP PLLC


        By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
         Beth E. Terrell, *Admitted Pro Hac Vice*
         Email: bterrell@terrellmarshall.com
         Adrienne D. McEntee, *Admitted Pro Hac Vice*
         Email: amcentee@terrellmarshall.com
         936 North 34th Street, Suite 300
         Telephone: (206) 816-6603
         Facsimile: (206) 319-5450

         Alexander H. Burke, #6281095
         Email: aburke@burkelawllc.com
         Daniel J. Marovitch, #6303897
         Email: dmarovitch@burkelawllc.com
         BURKE LAW OFFICES, LLC
         155 North Michigan Avenue, Suite 9020
         Chicago, Illinois 60601
         Telephone: (312) 729-5288
         Facsimile: (312) 729-5289

         Guillermo Cabrera
         Email: gil@cabrerafirm.com
         Jared Quient, *Admitted Pro Hac Vice*
         Email: jared@cabrerafirm.com
         THE CABRERA FIRM, APC
         600 West Broadway, Suite 700
         San Diego, California 92101
         Telephone: (619) 500-4880
         Facsimile: (619) 785-3380

         Mark L. Heaney
         Email: mark@heaneylaw.com
         HEANEY LAW FIRM, LLC
         601 Carlson Parkway, Suite 1050
         Minnetonka, Minnesota 55305
         Telephone: (952) 933-9655

       *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Chethan G. Shetty
>Email:  cshetty@lockelord.com
>Simon A. Fleischmann
>Email:  sfleischmann@lockelord.com
>Thomas J. Cunningham
>Email:  tcunningham@lockelord.com
>David F. Standa
>Email:  dstanda@lockelord.com
>LOCKE LORD LLP
>111 South Wacker Drive
>Chicago, Illinois 60606
>Telephone: (312) 443-0700
>Facsimile: (312) 443-0336
>
>Brian V. Otero, *Admitted Pro Hac Vice*
>Email:  botero@hunton.com
>Stephen R. Blacklocks, *Admitted Pro Hac Vice*
>Email:  sblacklocks@hunton.com
>Ryan A. Becker, *Admitted Pro Hac Vice*
>Email:  rbecker@hunton.com
>HUNTON & WILLIAMS LLP
>200 Park Avenue, Suite 52
>New York, New York 10166
>Telephone: (212) 309-1000
>Facsimile: (212) 309-1100
>
>*Attorneys for Defendant*
>
>Frank A. Hirsch, Jr., *Admitted Pro Hac Vice*
>Email:  frank.hirsch@alston.com
>Kelsey L. Kingsbery
>Email:  Kelsey.kingsbery@alston.com
>ALSTON & BIRD LLP
>4721 Emperor Boulevard, Suite 400
>Durham, North Carolina 27703
>Telephone: (919) 862-2200

3

Kenneth M. Kliebard
Email: Kenneth.kliebard@morganlewis.com
William J. Kraus
Email: William.kraus@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 324-1000

*Attorneys for Movants Wilmington Trust, N.A., Deutsche Bank National Trust Company and U.S. Bank, N.A.*

E. Lynette Stone
Email: els@thestonelawoffice.com
THE STONE LAW OFFICE
2101 Cedar Springs Road, #1050
Dallas, Texas 75201
Telephone: (972) 383-9499

*Attorney for Intervenor-Plaintiff Zachariah C. Manning*

Mark Ankcorn, #1159690
Email: mark@ankcornlaw.com
ANKCORN LAW FIRM PLLC
200 West Madison Street, Suite 2143
Chicago, Illinois 60606
Telephone: (321) 422-2333
Facsimile: (619) 684-3541

Ann Marie Hansen
Email: annmarie@ankcornlaw.com
80 Halston Parkway
East Amherst, New York 14051
Telephone: (702) 755-5678

4

DATED this 22nd day of October, 2018.

                TERRELL MARSHALL LAW GROUP PLLC

                By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
                    Beth E. Terrell, *Admitted Pro Hac Vice*
                    Email: bterrell@terrellmarshall.com
                    936 North 34th Street, Suite 300
                    Seattle, Washington 98103-8869
                    Telephone: (206) 816-6603
                    Facsimile: (206) 319-5450

                *Attorneys for Plaintiffs*