IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER and SUSAN MANSANAREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant.<br><br>TRACEE A. BEECROFT,<br><br>    Plaintiff,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | CONSOLIDATED NO. 1:14-cv-08461<br><br>Class Action<br><br>Jury Trial Demand<br><br>Honorable Matthew F. Kennelly<br><br><br><br>Case No.: 1:16−cv−08677 |

**REPLY IN SUPPORT OF MOTION FOR
APPOINTMENT OF INTERIM LEAD CLASS COUNSEL**

On October 22, 2018, Burke Law Offices, LLC ("Burke") and Terrell Marshall Law

Group PLLC ("TMLG") moved for their appointment as interim lead class counsel. *See* Dkt.

Nos. 337-339. The deadline to file any objection to the motion was November 20, 2018. *See* Dkt.

No. 343. No objections or other submissions have been filed. Burke and TMLG respectfully

request that the Court grant their unopposed motion.

RESPECTFULLY SUBMITTED AND DATED this 27th day of November, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
 Beth E. Terrell, *Admitted Pro Hac Vice*
 Email: bterrell@terrellmarshall.com
 Adrienne D. McEntee, *Admitted Pro Hac Vice*
 Email: amcentee@terrellmarshall.com
 936 North 34th Street, Suite 300
 Telephone: (206) 816-6603
 Facsimile: (206) 319-5450
 Alexander H. Burke, #6281095
 Email: aburke@burkelawllc.com
 Daniel J. Marovitch, #6303897
 Email: dmarovitch@burkelawllc.com
 BURKE LAW OFFICES, LLC
 155 North Michigan Avenue, Suite 9020
 Chicago, Illinois 60601
 Telephone: (312) 729-5288
 Facsimile: (312) 729-5289

 Guillermo Cabrera
 Email: gil@cabrerafirm.com
 Jared Quient, *Admitted Pro Hac Vice*
 Email: jared@cabrerafirm.com
 THE CABRERA FIRM, APC
 600 West Broadway, Suite 700
 San Diego, California 92101
 Telephone: (619) 500-4880
 Facsimile: (619) 785-3380

 Mark L. Heaney
 Email: mark@heaneylaw.com
 HEANEY LAW FIRM, LLC
 601 Carlson Parkway, Suite 1050
 Minnetonka, Minnesota 55305
 Telephone: (952) 933-9655

 *Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on November 27, 2018, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

> Chethan G. Shetty
> Email:  cshetty@lockelord.com
> Simon A. Fleischmann
> Email:  sfleischmann@lockelord.com
> Thomas J. Cunningham
> Email:  tcunningham@lockelord.com
> David F. Standa
> Email:  dstanda@lockelord.com
> LOCKE LORD LLP
> 111 South Wacker Drive
> Chicago, Illinois 60606
> Telephone: (312) 443-0700
> Facsimile: (312) 443-0336
>
> Brian V. Otero, *Admitted Pro Hac Vice*
> Email:  botero@hunton.com
> Stephen R. Blacklocks, *Admitted Pro Hac Vice*
> Email:  sblacklocks@hunton.com
> Ryan A. Becker, *Admitted Pro Hac Vice*
> Email:  rbecker@hunton.com
> HUNTON & WILLIAMS LLP
> 200 Park Avenue, Suite 52
> New York, New York 10166
> Telephone: (212) 309-1000
> Facsimile: (212) 309-1100
>
> *Attorneys for Defendant*
>
> Frank A. Hirsch, Jr., *Admitted Pro Hac Vice*
> Email:  frank.hirsch@alston.com
> Kelsey L. Kingsbery
> Email:  Kelsey.kingsbery@alston.com
> ALSTON & BIRD LLP
> 4721 Emperor Boulevard, Suite 400
> Durham, North Carolina 27703
> Telephone: (919) 862-2200

Kenneth M. Kliebard
Email: Kenneth.kliebard@morganlewis.com
William J. Kraus
Email: William.kraus@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 324-1000

*Attorneys for Movants Wilmington Trust, N.A., Deutsche Bank National Trust Company and U.S. Bank, N.A.*

E. Lynette Stone
Email: els@thestonelawoffice.com
THE STONE LAW OFFICE
2101 Cedar Springs Road, #1050
Dallas, Texas 75201
Telephone: (972) 383-9499

*Attorney for Intervenor-Plaintiff Zachariah C. Manning*

Mark Ankcorn, #1159690
Email: mark@ankcornlaw.com
ANKCORN LAW FIRM PLLC
200 West Madison Street, Suite 2143
Chicago, Illinois 60606
Telephone: (321) 422-2333
Facsimile: (619) 684-3541

Ann Marie Hansen
Email: annmarie@ankcornlaw.com
80 Halston Parkway
East Amherst, New York 14051
Telephone: (702) 755-5678

DATED this 27th day of November, 2018.

TERRELL MARSHALL LAW GROUP PLLC


By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
     Beth E. Terrell, *Admitted Pro Hac Vice*
     Email: bterrell@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103-8869
     Telephone: (206) 816-6603
     Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*