**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Keith Snyder, et al.

                         Plaintiff,

v.                                        Case No.: 1:14−cv−08461
                                           Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 28, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Having considered plaintiffs' motion for appointment of interim lead class counsel and the factors set forth in Federal Rule of Civil Procedure 23(g)(1), the Court hereby appoints Burke Law Offices, LLC and Terrell Marshall Law Group PLLC as interim lead class counsel for plaintiffs' proposed Rule 23(b)(2) and Rule 23(b)(3) classes. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.