IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER and SUSAN MANSANAREZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>   v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>  Defendant.<br><br>TRACEE A. BEECROFT,<br><br>  Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>  Defendant. | CONSOLIDATED NO. 1:14-cv-08461<br><br><br><br>Hon. Judge Matthew F. Kennelly<br><br><br><br>Case No. 1:16−cv−08677 |

## JOINT MOTION FOR EXTENSION TO FILE SETTLEMENT AMENDMENT

The parties respectfully request that the Court allow them one extra business day, until January 14, 2019, to file their anticipated amendment to the settlement agreement and supporting brief.

In support of this motion, the parties state:

1. After the Court denied final approval on September 28, 2018 (Dkt. 334), the parties returned to mediation, where they negotiated an amended settlement. The Court ordered the parties to file a revised motion for settlement approval on or before January 11, 2019, and scheduled a fairness hearing for January 17, 2019. Dkt. 343.

2. The parties have been working diligently to complete the amended settlement. Despite their continuing efforts, the parties have outstanding questions regarding the claims administrator's data analysis. Although the parties have requested and received answers to many of their questions, and are communicating with the claims administrator, questions remain.

3. The parties learned within the last hour that they will not have answers to their questions by the end of today. The parties request a short extension to Monday, January 14, 2019 to allow the claims administrator to provide additional information, which is necessary to be able to file the revised motion.

4. This motion is being filed for the reasons herein, and not for any dilatory purpose.

WHEREFORE, the parties respectfully request a short extension to Monday, January 14, 2019, to file their anticipated amendment to the settlement agreement and supporting brief.

Respectfully submitted,

BURKE LAW OFFICES, LLC

Dated: January 11, 2019

By: /s/ Alexander H. Burke
Alexander H. Burke, #6281095
Email: aburke@burkelawllc.com
Daniel J. Marovitch, #6303897
Email: dmarovitch@burkelawllc.com
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

- 3 -

>Guillermo Cabrera
>Email: gil@cabrerafirm.com
>Jared Quient, *Admitted Pro Hac Vice*
>Email: jared@cabrerafirm.com
>THE CABRERA FIRM, APC
>600 West Broadway, Suite 700
>San Diego, California 92101
>Telephone: (619) 500-4880
>Facsimile: (619) 785-3380
>
>Mark L. Heaney
>Email: mark@heaneylaw.com
>HEANEY LAW FIRM, LLC
>601 Carlson Parkway, Suite 1050
>Minnetonka, Minnesota 55305
>Telephone: (952) 933-9655

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2019, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ Alexander H. Burke*