IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER and SUSAN MANSANAREZ, individually and on behalf of all others similarly situated, | CONSOLIDATED NO. 1:14-cv-08461 |
| Plaintiffs, | |
| v. | |
| OCWEN LOAN SERVICING, LLC, | Hon. Judge Matthew F. Kennelly |
| Defendant. | |
| TRACEE A. BEECROFT, | |
| Plaintiff, | Case No. 1:16-cv-08677 |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

## AMENDED NOTICE OF JOINT MOTION

To: All ECF Counsel of Record

You are hereby notified that Plaintiffs have filed a ***Joint Motion for Extension to File Settlement Amendment***, and will appear through counsel on January 17, 2019, at 9:30 a.m., before Judge Kennelly in Courtroom 2103 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, to present such to the Court.

Dated: January 14, 2019                                      */s/ Alexander H. Burke*

Alexander H. Burke, #6281095
Email: aburke@burkelawllc.com
Daniel J. Marovitch, #6303897
Email: dmarovitch@burkelawllc.com
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Guillermo Cabrera
Email: gil@cabrerafirm.com
Jared Quient, *Admitted Pro Hac Vice*
Email: jared@cabrerafirm.com
THE CABRERA FIRM, APC
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 500-4880
Facsimile: (619) 785-3380

Mark L. Heaney
Email: mark@heaneylaw.com
HEANEY LAW FIRM, LLC
601 Carlson Parkway, Suite 1050
Minnetonka, Minnesota 55305
Telephone: (952) 933-9655

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

             */s/ Alexander H. Burke*