UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Keith Snyder, et al.

                          Plaintiff,

v.                                           Case No.: 1:14–cv–08461
                                                 Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 17, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Fairness hearing and motion hearing held on 1/17/2019. Motion for extension of time [347], motion to file excess pages [351], and motion for approval of first amendment to settlement agreement [350] are granted to the extent stated in open court. Proposed order regarding settlement agreement to be submitted to Judge Kennelly's proposed order email address by 1/24/2019. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.