IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER and SUSAN MANSANAREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant.<br><br>TRACEE A. BEECROFT,<br><br>    Plaintiff,<br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | CONSOLIDATED NO. 1:14-cv-08461<br><br>Class Action<br><br>Jury Trial Demand<br><br>Honorable Matthew F. Kennelly<br><br><br>Case No.: 1:16−cv−08677 |

## CLASS COUNSEL'S STATUS REPORT

Pursuant to the Court's May 14, 2019 Order (ECF #360) requiring Class Counsel to detail (1) the precise amount that the Ankcorn Law Firm would be receiving but for the Court's order (which per this order must be reallocated to the fund from which claimants are compensated), and (2) how class counsel intend to allocate the remaining attorneys' fees award, Class Counsel provide the following:

But for the Court's Order, which limits the award of attorneys' fees to the Ankcorn Law Firm to the $601,697.50 that Mr. Ankcorn represented the firm's services to be worth in his April 2018 statement of lodestar hours, the Ankcorn Law Firm may have received $1,197,312.50. The difference between what Ankcorn Law Firm may have received and the Court's award is $595,615.00.

- 2 -

Under the joint prosecution agreement (ECF 297, Exh. A), the remaining $3,591,937.50 in attorneys' fees would be distributed as follows:

| | |
|---|---|
| Burke Law Offices, LLC/ Heaney Law Offices, LLC | $1,197,312.50 |
| Terrell Marshall Law Group PLLC | $1,197,312.50 |
| Cabrera Firm, APC | $1,197,312.50 |

RESPECTFULLY SUBMITTED AND DATED this 21st day of May, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
  Beth E. Terrell, *Admitted Pro Hac Vice*
  Email: bterrell@terrellmarshall.com
  Adrienne D. McEntee, *Admitted Pro Hac Vice*
  Email: amcentee@terrellmarshall.com
  936 North 34th Street, Suite 300
  Telephone: (206) 816-6603
  Facsimile: (206) 319-5450

  Alexander H. Burke, #6281095
  Email: aburke@burkelawllc.com
  Daniel J. Marovitch, #6303897
  Email: dmarovitch@burkelawllc.com
  BURKE LAW OFFICES, LLC
  155 North Michigan Avenue, Suite 9020
  Chicago, Illinois 60601
  Telephone: (312) 729-5288
  Facsimile: (312) 729-5289

*Lead Class Counsel for Plaintiffs*

- 3 -

        Guillermo Cabrera
        Email: gil@cabrerafirm.com
        Jared Quient, *Admitted Pro Hac Vice*
        Email: jared@cabrerafirm.com
        THE CABRERA FIRM, APC
        600 West Broadway, Suite 700
        San Diego, California 92101
        Telephone: (619) 500-4880
        Facsimile: (619) 785-3380

        Mark L. Heaney
        Email:  mark@heaneylaw.com
        HEANEY LAW FIRM, LLC
        601 Carlson Parkway, Suite 1050
        Minnetonka, Minnesota 55305
        Telephone: (952) 933-9655

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Chethan G. Shetty
>Email:  cshetty@lockelord.com
>Simon A. Fleischmann
>Email:  sfleischmann@lockelord.com
>Thomas J. Cunningham
>Email:  tcunningham@lockelord.com
>David F. Standa
>Email:  dstanda@lockelord.com
>LOCKE LORD LLP
>111 South Wacker Drive
>Chicago, Illinois 60606
>Telephone: (312) 443-0700
>Facsimile: (312) 443-0336
>
>Brian V. Otero, *Admitted Pro Hac Vice*
>Email:  botero@hunton.com
>Stephen R. Blacklocks, *Admitted Pro Hac Vice*
>Email:  sblacklocks@hunton.com
>Ryan A. Becker, *Admitted Pro Hac Vice*
>Email:  rbecker@hunton.com
>HUNTON & WILLIAMS LLP
>200 Park Avenue, Suite 52
>New York, New York 10166
>Telephone: (212) 309-1000
>Facsimile: (212) 309-1100
>
>*Attorneys for Defendant*
>
>Frank A. Hirsch, Jr., *Admitted Pro Hac Vice*
>Email:  frank.hirsch@alston.com
>Kelsey L. Kingsbery
>Email:  Kelsey.kingsbery@alston.com
>ALSTON & BIRD LLP
>4721 Emperor Boulevard, Suite 400
>Durham, North Carolina 27703
>Telephone: (919) 862-2200

Kenneth M. Kliebard
Email: Kenneth.kliebard@morganlewis.com
William J. Kraus
Email: William.kraus@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 324-1000

*Attorneys for Movants Wilmington Trust, N.A., Deutsche Bank National Trust Company and U.S. Bank, N.A.*

E. Lynette Stone
Email: els@thestonelawoffice.com
THE STONE LAW OFFICE
2101 Cedar Springs Road, #1050
Dallas, Texas 75201
Telephone: (972) 383-9499

*Attorney for Intervenor-Plaintiff Zachariah C. Manning*

Mark Ankcorn, #1159690
Email: mark@ankcornlaw.com
ANKCORN LAW FIRM PLLC
200 West Madison Street, Suite 2143
Chicago, Illinois 60606
Telephone: (321) 422-2333
Facsimile: (619) 684-3541

Ann Marie Hansen
Email: annmarie@ankcornlaw.com
80 Halston Parkway
East Amherst, New York 14051
Telephone: (702) 755-5678

DATED this 21st day of May, 2019.

                TERRELL MARSHALL LAW GROUP PLLC

                By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
                    Beth E. Terrell, *Admitted Pro Hac Vice*
                    Email: bterrell@terrellmarshall.com
                    936 North 34th Street, Suite 300
                    Seattle, Washington 98103-8869
                    Telephone: (206) 816-6603
                    Facsimile: (206) 319-5450

                *Attorneys for Plaintiffs*