# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Keith Snyder and Susan Mansanarez, individually and on behalf of all others similarly situated, | ) ) ) ) Case No. 1:14-cv-08461 ) ) ) Honorable Matthew F. Kennelly ) ) ) Consolidated ) |
| Ocwen Loan Servicing, LLC, | |
| Tracee A. Beecroft, on behalf of herself and all others similarly situated, | ) ) ) Case No. 1:16-cv-08677 ) ) ) Honorable Matthew F. Kennelly ) ) ) Consolidated ) |
| Ocwen Loan Servicing, LLC, | |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(d), Plaintiffs respectfully move this Court to order the clerk of court to enter judgment in this matter.

1. On June 4, 2019, the Court signed and entered an Order Granting Final Approval of Class Action Settlement and Dismissing Class Plaintiffs' Claims (Dkt. 362). The Order states, "A Judgment substantially in the form attached hereto as Exhibit H-1 will be entered forthwith." (Dkt. 362, ¶ 31). The proposed Judgment attached as Exhibit H-was unsigned.

2. Absent exceptions that do not apply here, Rule 58 requires that every judgment must be set out in a separate document. Fed. R. Civ. P. 58(a).

3. The ECF notice accompanying the June 4, 2019 Order provides: "ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSING CLASS PLAINTIFFS' CLAIMS, signed by the Honorable Matthew F. Kennelly on 6/4/2019." It does not otherwise reference a judgment, and the Clerk of the Court has not since entered a judgment.

4. The transcript from the June 19, 2019 status hearing includes a discussion by and between counsel and the Court that makes it appear that everyone may be operating under the mistaken belief that a judgment has been entered in this matter and that the 30-day period to file a notice of appeal pursuant to Fed. R. App. Proc. 4(a)(1) is running and will lapse on July 5, 2019.

5. Plaintiffs bring this motion to seek clarification and entry of judgment under Rule 58(d).

For the foregoing reasons, Plaintiffs request the Court order the Court Clerk to enter the judgment in this matter.

RESPECTFULLY SUBMITTED AND DATED this 28th day of June, 2019.

        TERRELL MARSHALL LAW GROUP PLLC

        By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
            Beth E. Terrell, *Admitted Pro Hac Vice*
            bterrell@terrellmarshall.com
            Adrienne D. McEntee, *Admitted Pro Hac Vice*
            amcentee@terrellmarshall.com
            936 North 34th Street, Suite 300
            Telephone: (206) 816-6603
            Facsimile: (206) 319-5450

            Alexander H. Burke, #6281095
            aburke@burkelawllc.com
            Daniel J. Marovitch, #6303897
            dmarovitch@burkelawllc.com
            BURKE LAW OFFICES, LLC
            155 North Michigan Avenue, Suite 9020
            Chicago, Illinois 60601
            Telephone: (312) 729-5288
            Facsimile: (312) 729-5289

            Guillermo Cabrera
            gil@cabrerafirm.com
            Jared Quient, *Admitted Pro Hac Vice*
            jared@cabrerafirm.com
            THE CABRERA FIRM, APC
            600 West Broadway, Suite 700
            San Diego, California 92101
            Telephone: (619) 500-4880
            Facsimile: (619) 785-3380

            Mark L. Heaney
            mark@heaneylaw.com
            HEANEY LAW FIRM, LLC
            601 Carlson Parkway, Suite 1050
            Minnetonka, Minnesota 55305
            Telephone: (952) 933-9655

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Beth E. Terrell, certify that I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on June 28, 2019.

      /s/ Beth E. Terrell
      Beth E. Terrell, *Admitted Pro Hac Vice*
      Dated: June 28, 2019