IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Keith Snyder and Susan Mansanarez, individually and on behalf of all others similarly situated,<br><br>v.<br><br>Ocwen Loan Servicing, LLC, | Case No. 1:14-cv-08461<br><br>Honorable Matthew F. Kennelly<br><br>Consolidated |
| Tracee A. Beecroft, on behalf of herself and all others similarly situated,<br><br>v.<br><br>Ocwen Loan Servicing, LLC, | Case No. 1:14-cv-08461<br><br>Honorable Matthew F. Kennelly<br><br>Consolidated |

# FINAL JUDGMENT

This Consolidated Litigation having settled pursuant to the Amended Settlement

Agreement[1] and the Court having entered an Order Granting Final Approval of Class Action

---

[1] The "Amended Settlement Agreement" is defined as the Settlement Agreement approved in the Court's October 5, 2017 Preliminary Approval Order (DE 266), as amendedby

Settlement and Dismissing Class Plaintiffs' Claims (the "Final Approval Order"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Unless otherwise defined, all capitalized terms in this Judgment shall have the same meaning as they do in the Amended Settlement Agreement.

2. All of Plaintiffs' claims in this Consolidated Litigation that are not Released Claims, including those brought under the Fair Debt Collection Practices Act, are hereby dismissed without prejudice. All of Plaintiffs' and Settlement Class Members' claims in this Consolidated Litigation that are Released Claims are hereby dismissed on the merits and with prejudice, without fees (including attorneys' fees) or costs to any Party except as otherwise provided in the Final Approval Order.

   a. "Plaintiffs" means Keith Snyder, Susan Mansanarez, and Tracee A. Beecroft.

   b. "Settlement Class Members" are members of the "Settlement Class," which consists of the following:

   > All persons who were called by Ocwen on the 1,685,757 unique cell phone numbers listed on Exhibit G to the Settlement Agreement [DE 252-1] (filed with the Court under seal) using its Aspect dialing system between October 27, 2010 and through and including October 5, 2017, the date of the Preliminary Approval Order ("Settlement Class Period"). Excluded from the Settlement Class are: (i) those persons who were called by Ocwen using its Aspect dialing system during the Settlement Class Period only on numbers not included on Exhibit G; (ii) individuals who are or were during the Settlement Class Period officers or directors of Ocwen or any of its Affiliates; (iii) any justice, judge, or magistrate judge of the United States or any State, their spouses, and persons within the third degree of relationship to either of them, or the spouses of such persons; and (iv) all individuals who file a timely and proper request to be excluded from the Settlement Class.

---

the First Amendment to the Settlement Agreement and Release, dated Jan. 8, 2019 (DE 353, Exh. 1).

      c.      "Ocwen" means Ocwen Loan Servicing, LLC.

      d.      "Affiliate" of an entity means any person or entity which controls, is controlled by, or is under common control with such entity.

      3.      All Releasing Persons have released the Released Claims as against the Released Persons, and are, from this day forward, hereby permanently barred from filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise) any action in any jurisdiction based on any of the Released Claims.

      a.      "Released Claims" means the claims released as provided for in Section 10 of the Amended Settlement Agreement. "Released Claims" does not include claims described in Section 4.2.6 of the Amended Settlement Agreement.

      b.      "Released Persons" means: (a) Ocwen and each of its respective divisions, parents, subsidiaries, predecessors, investors, parent companies, and Affiliates, whether past or present, any direct or indirect subsidiary of Ocwen and each of their respective divisions, parents, subsidiaries, predecessors, investors, parent companies, and Affiliates, whether past or present, and all of the officers, directors, employees, agents, brokers, distributors, representatives, and attorneys of all such entities; and (b) any person or entity making calls to Settlement Class Members on behalf of Ocwen, and all of the officers, directors, employees, agents, brokers, distributors, representatives, and attorneys of all such entities. For the avoidance of doubt, "Released Persons" specifically does not include Altisource Portfolio Solutions S.A., Altisource Solutions S.à r.l., Altisource Business Solutions Pvt. Ltd., or any other Affiliate or member of the Altisource family of companies. In addition, "Released Persons" does not include any trustee of a mortgage securitization trust which included loans made to any Settlement Class Member, including, but not limited to, any direct or indirect subsidiary of any of them, and all of the

officers, directors, employees, agents, brokers, distributors, representatives, and attorneys of all such entities.

      c.    "Releasing Persons" means Plaintiffs, all Settlement Class Members, and anyone claiming through them such as heirs, administrators, successors, and assigns.

4.    This Court shall retain jurisdiction over the construction, interpretation, consummation, implementation, and enforcement of the Amended Settlement Agreement and the Releases contained in therein, including jurisdiction to enter such further orders as may be necessary or appropriate to administer and implement the terms and provisions of the Amended Settlement Agreement, including but not limited to Section 4.2 regarding injunctive relief.

5.    Settlement Class Members shall promptly dismiss with prejudice all Released Claims brought by any Settlement Class Member in any jurisdiction.

DONE and ORDERED in Chambers in Chicago, Illinois, this 1st day of July, 2019.

_____
Matthew F. Kennelly
UNITED STATES DISTRICT JUDGE