**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Keith Snyder, et al.

                       Plaintiff,

v.                                                Case No.: 1:14−cv−08461
                                                Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 1, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion [367] is terminated. The Court expresses no view regarding whether the entry of the document entered earlier today was necessary under Rule 58 or otherwise. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.