# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Keith Snyder, et al.

                           Plaintiff,

v.                                                       Case No.: 1:14–cv–08461
                                                            Honorable Matthew F. Kennelly

Ocwen Loan Servicing LLC

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 6, 2019:

       MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 8/6/2019. Motion to alter judgment [374] is denied for reasons stated in open court. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.